# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Tammy Smith,

    Plaintiff,

    v.

Menard, Inc., *et al.,*

    Defendants.

Case No. 2:19-cv-404

Judge James L. Graham

Magistrate Judge Kimberly A. Jolson

## AGREED DISMISSAL ENTRY (WITH PREJUDICE)

Pursuant to Fed. R. Civ. P. 41, by agreement of the parties, having settled, Plaintiff hereby DISMISSES her action WITH PREJUDICE against Defendant Menard, Inc. The Court shall retain jurisdiction over this matter for purposes of enforcement of any settlement in this matter, including resolution of any liens. Each party to bear their own costs. This Entry terminates this action. IT IS SO ORDERED.

                                                                                          _____
                                                                                         Judge James L. Graham
                                                                                         Magistrate Judge Kimberly A. Jolson

                                                                                        _____
                                                                                        Date

APPROVED:

| | |
|---|---|
| /s/ Tom Somos (*per email authority*) | /s/ Brian R. Noethlich |
| Tom Somos (0070823) | Patrick Kasson (0055570) Trial Attorney |
| 3055 North High Street, Suite 100 | Brian R. Noethlich (0086933) |
| Columbus, Ohio 43202 | Reminger Co., L.P.A. |
| Lima, Ohio 45801 | 200 Civic Center Dr., Suite 800 |
| Phone: 614-488-2270; Fax: 614-488-2271 | Columbus, OH 43215 |
| Email: tsomos@somoslaw.com | Telephone: 614-228-1311; Fax: 614-232-2410 |
| *Attorney for Plaintiff Tammy Smith* | Email: pkasson@reminger.com |
| |             bnoethlich@reminger.com |
| | *Counsel for Defendant Menard, Inc.* |